```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 02554
    CAROLYN A WHITE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-0866


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 01/22/2004 and was confirmed 03/10/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

    The case was converted to chapter 7 after confirmation 09/06/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SE  NOTICE ONLY    NOT FILED            .00            .00
AMERICREDIT FINANCIAL SE  SECURED         10100.00        3818.25       10100.00
CHASE MANHATTAN MORTGAGE  CURRENT MORTG       .00             .00            .00
AMERICAN EXPRESS          UNSECURED      NOT FILED            .00            .00
AMOCO                     UNSECURED      NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED         118.04            .00            .00
CONSECO FINANCE           UNSECURED      NOT FILED            .00            .00
DAVID P LEIBOWITZ         UNSECURED      NOT FILED            .00            .00
FINGERHUT                 UNSECURED      NOT FILED            .00            .00
FIRST CONSUMER NATIONAL   UNSECURED      NOT FILED            .00            .00
GOODYEAR TIRE             UNSECURED      NOT FILED            .00            .00
KEVIN M KELLY             NOTICE ONLY    NOT FILED            .00            .00
B-FIRST LLC               UNSECURED        4134.48            .00         108.22
NUVELL CREDIT CO LLC      NOTICE ONLY    NOT FILED            .00            .00
NUVELL CREDIT CO LLC      UNSECURED       10300.55            .00         269.61
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE     144.73            .00         144.73
AMERICREDIT FINANCIAL SE  UNSECURED        4933.97            .00         129.14
ROUNDUP FUNDING LLC       UNSECURED        1706.60            .00          44.67
CAPITAL ONE BANK          UNSECURED         339.71            .00            .00
VILLAGE OF DOLTON         PRIORITY       NOT FILED            .00            .00
RETAILERS NATIONAL BANK   UNSECURED      NOT FILED            .00            .00
LEGAL HELPERS PC          DEBTOR ATTY      1,500.00                     1,500.00
TOM VAUGHN                TRUSTEE                                         878.61
DEBTOR REFUND             REFUND                                           12.77

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  17,006.00

PRIORITY                                            .00

                 PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 02554 CAROLYN A WHITE
```

```
SECURED                                              10,244.73
    INTEREST                                          3,818.25
UNSECURED                                               551.64
ADMINISTRATIVE                                        1,500.00
TRUSTEE COMPENSATION                                    878.61
DEBTOR REFUND                                            12.77
                                ---------------   ---------------
TOTALS                                17,006.00         17,006.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 12/27/07                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```